# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————

Case No. 5D2025-0837
LT Case No. 05-2016-CF-036747-A

—————————————

BRIAN EVAN ROTH,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————

3.850 Appeal from the Circuit Court for Brevard County.
Charles G. Crawford, Judge.

Brian Roth, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, LAMBERT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____